## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

STATE FARM MUTUAL AUTOMOBILE INSURANCE )
COMPANY and STATE FARM COUNTY MUTUAL )
INSURANCE COMPANY OF TEXAS, )
                                          Plaintiffs, )
             v.                               ) Case No.

                                                   ) **EXHIBIT INDEX**

NOORUDDIN S. PUNJWANI, M.D.; )
PAIN ALLEVIATION & INTERVENTIONAL NEEDS, )
LLC n/k/a PAIN ALLEVIATION & INTERVENTIONAL )
NEEDS, PLLC; BARKETALI M. ROOPANI; ANIL B. )
ROOPANI; and SOHAIL B. ROOPANI; )
                                         Defendants. )

| Exhibit No. | Description |
|---|---|
| 1 | Initial Exam Report Appendix |
| 2 | Dr. Punjwani MRI Report Appendix |
| 3 | Injection Appendix |
| 4 | RICO and Demand Appendix |
| 5 | Patient WH Demand Letter |
| 6 | Deposition of Dr. Punjwani, dated April 19, 2018 |
| 7 | Dr. Punjwani Letter |
| 8 | Patient BH Initial Exam Report |
| 9 | Deposition of Patient BH, dated May 18, 2018 |
| 10 | Patient DL Initial Exam Report |
| 11 | Patient PP Initial Exam Report |

| 12 | Patient YT Initial Exam Report |
|---|---|
| 13 | Patient BM Initial Exam Report |
| 14 | Patient MZ Chiro Form |
| 15 | Patient MZ Initial Exam Report |
| 16 | Patient EH Chiro Forms |
| 17 | Patient EH Initial Exam Report |
| 18 | Patient VL Initial Exam Report |
| 19 | Patient IZ Initial Exam Report |
| 20 | Patient ZE Initial Exam Report |
| 21 | Patient WH MRI Report |
| 22 | Patient WH Initial Exam Report |
| 23 | Patient AD MRI Report |
| 24 | Patient RQ MRI Report |
| 25 | Patient TL MRI Report |
| 26 | Patient TM Demand Letter |
| 27 | Patient IP PAIN Documentation |
| 28 | Patient EE PAIN Documentation |
| 29 | Sample Operative Reports |
| 30 | Patient MS Recorded Statement |
| 31 | Patient MS Operative Report |
| 32 | Patient CB Recorded Statement |
| 33 | Patient CB Operative Report |