UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS,<br><br>                          Plaintiffs,<br><br>v.<br><br>NOORUDDIN S. PUNJWANI, M.D.; PAIN ALLEVIATION & INTERVENTIONAL NEEDS, LLC n/k/a PAIN ALLEVIATION & INTERVENTIONAL NEEDS, PLLC; BARKETALI M. ROOPANI; ANIL B. ROOPANI; and SOHAIL B. ROOPANI;<br><br>                          Defendants. | Civil Action No. 4:19-cv-01491<br><br>Hon. Judge Ewing Werlein, Jr. |

## CERTIFICATE OF INTERESTED PARTIES

**(Plaintiffs State Farm Mutual Automobile Insurance Company and
State Farm County Mutual Insurance Company of Texas)**

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm County Mutual Insurance Company of Texas, as required by Rule 7.1 of the Federal Rules of Civil Procedure and Paragraph 2 of the Order for Conference and Disclosure of Interested Parties entered in this case [Docket No. 4], certifies that the interested persons are as follows:

1. Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm Mutual") is a company organized under the laws of Illinois with its principal place of business in Illinois. State Farm Mutual has no parent company. It is a mutual insurance company and, as such, does not have any shareholders.

2. Plaintiff State Farm County Mutual Insurance Company of Texas ("State Farm County") is a company organized under the laws of Texas with its principal place of business in

1

Texas. State Farm County is under common management with State Farm Mutual. Both companies are mutual insurance companies and, as such, do not have any parent companies or shareholders.

3. Defendant Nooruddin S. Punjwani, M.D.

4. Defendant Pain Alleviation & Interventional Needs, LLC n/k/a Pain Alleviation & Interventional Needs, PLLC ("P.A.I.N."), was initially formed as a Texas limited liability company and is currently a Texas professional limited liability company. Its principal place of business is in Texas. On information and belief, P.A.I.N.'s sole members from its formation through on or about June 29, 2018, were Defendants Barketali M. Roopani, Anil B. Roopani, and Sohail B. Roopani. On or about June 29, 2018, P.A.I.N. filed a Certificate of Amendment with the Texas Secretary of State changing its name to Pain Alleviation & Interventional Needs, PLLC, a professional limited liability company, and identifying Rahil B. Roopani, M.D. as its sole manager. On information and belief, Rahil B. Roopani, M.D. is currently the sole member of P.A.I.N. State Farm Mutual and State Farm County are without sufficient information to further certify the composition and management structure of Defendant P.A.I.N.

5. Defendant Barketali M. Roopani

6. Defendant Anil B. Roopani

7. Defendant Sohail B. Roopani

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP

By: /s/ Emily Rochy

Ross O. Silverman (admission *pro hac vice* pending)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
P: (312) 902-5200
F: (312) 577-8989
ross.silverman@kattenlaw.com

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

Of Counsel:
Brian Antweil (S.D. Tex. No. 12482)
Emily Rochy (S.D. Tex. No. 1358194)
Katten Muchin Rosenman LLP
1301 McKinney Street, Suite 3000
Houston, TX 77010-3033
(713) 270-3402
brian.antweil@kattenlaw.com
emily.rochy@kattenlaw.com

Jared T. Heck (admission *pro hac vice* pending)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
(312) 902-5200
jared.heck@kattenlaw.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm County Mutual Insurance Company of Texas*

**Certificate of Service**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this instrument via the USDC Southern District of Texas's CM/ECF system on this the 6th day of May, 2019; and, that a true and accurate copy of this instrument was also served on defendants and/or counsel for defendants via U.S. Mail at the following addresses:

<u>Counsel for Defendants:</u>
Ebad Khan
Polsinelli PC
1000 Louisiana Street
Suite 6400
Houston, TX  77002

Nooruddin S. Punjwani, M.D.
515 Olmstead Park Dr.
Sugar Land, TX  77479

                                                */s/ Emily Rochy*
                                                Emily Rochy