Case Number:   H-19-1491

Style:   *State Farm Mutual Automobile Insurance Company, and State Farm County Mutual Insurance Company of Texas v. M.D. Nooruddin S. Punjwani, Pain Alleviation & Interventional Meds, LLC n/k/a Pain Alleviation & Interventional Needs, PLLC, Barketali M. Roopani, Anil B. Roopani, and Sohail B. Roopani*

Appearances:   *PLEASE PRINT CLEARLY*

| Counsel: | Representing: |
|---|---|
| Jared T. Heck | Plaintiffs |
| Sammy Ford | Dr. Punjwani |
| Ebad Khan | Pain Alleviation & Inter-ventional Needs, Sohail Roopani, Anil Roopani, Barketali Roopani |
| Lauren McCubbin (phone) | Defendants |

Date: August 23, 2019    Time: 2:45 P.M. / 3:10 P.M.
Court Reporter: _____    Law Clerk: N. Bronnimann

## ORDER / DOCKET ENTRY

(EW)   Minutes of RULE 16 SCHEDULING CONFERENCE:

1. [X]   Docket Control Order entered.
2. [ ]   The parties will complete all discovery required for purposes of Alternative Dispute Resolution, including mediation, within ____ days, and no later than _____ will advise the Court of the identity of a mediator to whom they jointly agree that this case can be referred for mediation.

At the request of Defendants, it is ORDERED that the commencement of discovery is temporarily stayed pending further decision by this Court either on the pending motions or on the Court's own initiative if it determines that the stay should be lifted.

The Clerk will file this entry and mail copies to all parties.

Ewing Werlein, Jr.
United States District Judge