United States District Court
Southern District of Texas
**ENTERED**
January 03, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-1491 |
| NOORUDDIN S. PUNJWANI, M.D., PAIN ALLEVIATION & INTERVENTIONAL NEEDS, PLLC, BARKETALI M. ROOPANI, ANIL B. ROOPANI, and SOHAIL B. ROOPANI, | § § § § § § | |
| Defendants. | § | |

### CORRECTION OF SCRIVENER'S ERROR

This Correction of Scrivener's Error relates to the Court's Memorandum and Order entered December 31, 2019, which incorrectly referred to "Document No. 27" on page 19, and is hereby corrected to read "Document No. 15."

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 2nd day of January, 2020 *nunc pro tunc* on December 31, 2019.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE