UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS,<br><br>                    Plaintiffs,<br><br>    v.<br><br>NOORUDDIN S. PUNJWANI, M.D.; PAIN ALLEVIATION & INTERVENTIONAL NEEDS, LLC n/k/a PAIN ALLEVIATION & INTERVENTIONAL NEEDS, PLLC; BARKETALI M. ROOPANI; ANIL B. ROOPANI; and SOHAIL B. ROOPANI;<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:19-cv-01491<br>)<br>) Hon. Ewing Werlein, Jr.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' AND DEFENDANTS' STIPULATION REGARDING
CORRECTED COMPLAINT EXHIBIT**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs State Farm Mutual Automobile Insurance Company ("State Farm Mutual") and State Farm County Mutual Insurance Company of Texas ("State Farm County") (collectively, "Plaintiffs") and Defendants Nooruddin S. Punjwani, Pain Alleviation & Interventional Needs, PLLC, Barketali M. Roopani, Anil B. Roopani, and Sohail B. Roopani (collectively, "Defendants") as follows:

Exhibit 4 to Plaintiffs' Complaint (ECF No. 1, Document 1-5), entitled the "RICO and Demand Appendix," contains certain information regarding the 873 patient claims at issue in this lawsuit, including the settlement amount that Plaintiffs ultimately paid on those claims that settled prior to the time of filing (*see id.*, column K). Recently, Plaintiffs discovered that four out of the 800+ claims on Exhibit 4 resulted in a settlement in which the release signed by the plaintiff/claimant contained a confidentiality clause. While Plaintiffs contend that the

1

confidentiality clauses are unenforceable as to them and the filed Complaint does not otherwise identify by name the plaintiffs/claimants at issue, out of an abundance of caution, Plaintiffs nevertheless request to file a corrected version of Exhibit 4 that redacts the settlement amounts paid on those four claims.  Counsel for defendants have agreed to the proposed stipulation.

Accordingly, Plaintiffs, with Defendants' consent, respectfully request that the Court direct the Clerk to strike the currently-filed Exhibit 4 to Plaintiffs' Complaint (ECF No. 1, Document 1-5) and replace it with the corrected Exhibit 4 attached hereto.

| KATTEN MUCHIN ROSENMAN, LLP | POLSINELLI PC |
|---|---|
| By: __/s/ Jared T. Heck_____ <br> *Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm County Mutual Insurance Company of Texas* <br><br> Dated:  April 8, 2020 <br><br> Ross O. Silverman (IL Bar No. 6226560) <br> Katten Muchin Rosenman LLP <br> 525 West Monroe Street <br> Chicago, IL  60661-3693 <br> P:  (312) 902-5200 <br> F:  (312) 577-8989 <br> ross.silverman@kattenlaw.com <br><br> ATTORNEY-IN-CHARGE FOR PLAINTIFFS <br><br> Of Counsel: <br> Brian Antweil (S.D. Tex. No. 12482) <br> Katten Muchin Rosenman LLP <br> 1301 McKinney Street, Suite 3000 <br> Houston, TX 77010-3033 <br> (713) 270-3402 <br> brian.antweil@kattenlaw.com <br><br> Jared T. Heck (IL Bar No. 6289711) <br> Katten Muchin Rosenman LLP <br> 525 West Monroe Street <br> Chicago, IL  60661-3693 <br> (312) 902-5200 <br> jared.heck@kattenlaw.com | By: __/s/  Ebad Khan_____ <br> *Attorneys for Defendants Pain Alleviation & Interventional Needs, LLC n/k/a Pain Alleviation & Interventional Needs, PLLC ("P.A.I.N."); Barketali M. Roopani; Anil B. Roopani; and Sohail B. Roopani (the "Roopani Defendants")* <br><br> Dated:  April 8, 2020 <br><br> Mark S. Armstrong, Esq. <br> Texas Bar No. 01321900 <br> Fed. I.D. No. 219390 <br> POLSINELLI PC <br> 1000 Louisiana Street, Suite 6400 <br> Houston, Texas 77002 <br> 713-374-1600 <br> Fax: 713-374-1601 <br> marmstrong@polsinelli.com <br><br> Attorney-in-Charge <br><br> Lauren E. Tucker McCubbin, Esq. <br> 900 W. 48th Place, Suite 900 <br> Kansas City, Missouri 64112 <br> 816-753-1000 <br> Fax: 816-753-1536 <br> ltucker@polsinelli.com <br> Application for Admission to be Filed <br><br> Ebad Khan, Esq. <br> Texas Bar No. 24092625 <br> Fed. I.D. No. 2810999 <br> 1000 Louisiana Street, Suite 6400 <br> Houston, Texas 77002 <br> 713-374-1600 <br> Fax: 713-374-1601 <br> ekhan@polsinelli.com |

**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI  & MENSING P.C.**

By: __/s/  Sammy Ford IV__
*Attorneys for Defendant Nooruddin S. Punjwani, M.D.*

Dated:  April 8, 2020

Todd W. Mensing
State Bar No. 24013156
Federal Bar No. 302944
tmensing@azalaw.com
Sammy Ford IV
Texas Bar No. 24061331
Federal Bar No. 950682
sford@azalaw.com
1221 McKinney, Suite 2500
Houston, Texas 77010
(713) 600-4979 (Phone)
(713) 655-0062 (Fax)

**APPROVED:**

Signed on this ____ day of April, 2020.   _____

Honorable Ewing Werlein, Jr
United States District Judge

4