IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. Case No. 4:19-cv-01491 |
| NOORUDDIN S. PUNJWANI, M.D.; PAIN ALLEVIATION & INTERVENTIONAL NEEDS, LLC N/K/A PAIN ALLEVIATION & INTERVENTIONAL NEEDS, PLLC; BARKETALI M. ROOPANI; ANIL B. ROOPANI; and SOHAIL B. ROOPANI, | ) ) ) ) ) ) ) ) | Hon. Ewing Werlein, Jr. |
| Defendants. | ) | |

### DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL

Defendant Nooruddin S. Punjwani, M.D. ("Dr. Punjwani"), files this Notice of Appearance of Counsel with the Court.

Dr. Punjwani, hereby notifies this Court that Jordan L. Warshauer (State Bar No. 24086613; Federal Bar No. 2994699), of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., is admitted to practice in this Court and appears as counsel on behalf of Nooruddin S. Punjwani, M.D.

Please send copies of all notices, correspondence or communications of any kind regarding the above-styled and numbered cause to Jordan L. Warshauer at Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., (713) 655-1101, and (713) 655-0062 (Facsimile), jwarshauer@azalaw.com.

.

Respectfully submitted,

**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**

*/s/ Jordan L. Warshauer*
Todd W. Mensing
State Bar No. 24013156
Federal Bar No. 302944
tmensing@azalaw.com
Sammy Ford IV
Texas Bar No. 24061331
Federal Bar No. 950682
sford@azalaw.com
Jordan L. Warshauer
Texas Bar No. 24086613
Federal Bar No. 2994699
jwarshauer@azalaw.com
1221 McKinney, Suite 2500
Houston, Texas 77010
(713) 600-4979 (Phone)
(713) 655-0062 (Fax)

**ATTORNEYS FOR DEFENDANT NOORUDDIN S. PUNJWANI, M.D.**

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 25, 2020, the above and foregoing was electronically filed with the Clerk of the Court using CM/ECF system, which sent notice of electronic filing to all counsel of record.

                */s/ Jordan L. Warshauer*
                Jordan L. Warshauer