United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| State Farm Mutual Automobile Insurance Company, et al. | § | |
| | § | |
| v. | § | Civil Action 4:19−cv−01491 |
| | § | |
| Nooruddin S. PunjwaniThe Law Office of Hilda L. Sibrian, P.C., et al. | § | |

Notice of Referral


The following motion is referred to Magistrate Judge Frances H. Stacy:

Motion to Quash − #45


Date: July 2, 2020.

David J. Bradley, Clerk

By: M. Flores, Deputy Clerk