UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>NOORUDDIN S. PUNJWANI, M.D.; PAIN ALLEVIATION & INTERVENTIONAL NEEDS, LLC n/k/a PAIN ALLEVIATION & INTERVENTIONAL NEEDS, PLLC; BARKETALI M. ROOPANI; ANIL B. ROOPANI; and SOHAIL B. ROOPANI;<br><br>Defendants. | Case No. 4:19-cv-01491<br><br>Hon. Ewing Werlein, Jr. |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL NON-PARTIES CLAY HEALTHCARE SERVICES, LLC D/B/A ELITE HEALTH SERVICES – WEST HOUSTON, ELITE HEALTH SERVICES – SUGAR LAND, AND MED CENTER HEALTHCARE SERVICES, L.P. D/B/A ELITE HEALTH SERVICES – MEDICAL CENTER TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENAS**

This matter having come before the Court upon the Plaintiffs' motion to compel non-parties Clay Healthcare Services, LLC d/b/a Elite Health Services – West Houston, Elite Health Services – Sugar Land, and Med Center Healthcare Services, L.P. d/b/a Elite Health Services – Medical Center to produce all documents responsive to the subpoenas issued to them on June 1, 2020 (the "Subpoenas"), and the Court being duly advised in the premises, it is hereby:

**ORDERED** that Plaintiffs' motion is **GRANTED**; and it is further

**ORDERED** that Clay Healthcare Services, LLC d/b/a Elite Health Services – West Houston, Elite Health Services – Sugar Land, and Med Center Healthcare Services, L.P. d/b/a Elite Health Services – Medical Center shall produce all documents responsive to the Subpoenas within ten (10) days of this Order.

Date: _____          _____
                                      Ewing Werlein, Jr.
                                      United States District Judge