UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-CV-01491 |
|---|---|---|---|

State Farm Mutual Automobile Insurance Company, et al.

*versus*

Nooruddin S. Punjwani, M.D., et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Amber J. Simon<br>Polsinelli PC<br>900 W 48th Place, Suite 900<br>Kansas City, MO  64130<br>816-753-1000; asimon@polsinelli.com<br>Missouri, 68394; Kansas, 27280<br>U.S.D.C. W.D. Missouri   -- 68394 |
|---|---|

| Name of party applicant seeks to appear for: | PAIN Alleviation & Interventional Needs, PLLC and Barketalli M. Roopani, Anil B. Roopani and Sohail B. Roopani |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/03/2020 | Signed: | /s/ Amber J. Simon |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
United States District Judge