# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, <br><br> Plaintiffs, <br><br> v. <br><br> NOORUDDIN S. PUNJWANI, M.D.; PAIN ALLEVIATION & INTERVENTIONAL NEEDS, LLC n/k/a PAIN ALLEVIATION & INTERVENTIONAL NEEDS, PLLC; BARKETALI M. ROOPANI; ANIL B. ROOPANI; and SOHAIL B. ROOPANI, <br><br> Defendants. | Case No. 4:19-cv-01491 <br><br> Hon. Ewing Werlein, Jr. <br><br> Magistrate Judge Frances H. Stacy |

## JOINT STIPULATION FOR ENTRY OF ORDER DISMISSING WITH PREJUDICE CLAIMS AGAINST ALL DEFENDANTS AND TO CLOSE CASE

This matter is before the Court upon the below Joint Stipulation of the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court is otherwise duly informed in the premises.

THE UNDERSIGNED PARTIES STIPULATE THAT:

1. The claims of Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm County Mutual Company of Texas against Nooruddin S. Punjwani, M.D.; Pain Alleviation & Interventional Needs, LLC n/k/a Pain Alleviation & Interventional Needs, PLLC; Barketali M. Roopani; Anil B. Roopani; and Sohail B. Roopani (collectively, "Defendants"), shall be dismissed with prejudice and without costs or fees awarded to any party.

1

2. With the dismissal of Defendants, there are no other claims remaining in this case, and the case should be closed.

3. A proposed Order awarding the relief sought herein is being filed concurrently with this Joint Stipulation.

**AGREED AND CONSENTED TO BY:**

By:   /s/ Jared T. Heck

Ross O. Silverman (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661-3693
P:  (312) 902-5200
F:  (312) 577-8989
ross.silverman@katten.com

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

Of Counsel:
Eric T. Gortner (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661-3693
(312) 902-5200
eric.gortner@katten.com

Jared T. Heck (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661-3693
(312) 902-5200
jared.heck@katten.com

Micah Kessler
Nistico, Crouch & Kessler, P.C.
1900 West Loop South, Suite 800
Houston, TX 77027
(713) 781-2889
mkessler@nck-law.com

*Attorneys for Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm County Mutual Company of Texas*

By: /s/ Lauren E. Tucker McCubbin

Mark S. Armstrong, Esq.
Polsinelli PC
Texas Bar No. 01321900
Fed. I.D. No. 219390
1000 Louisiana Street, Suite 6400
Houston, Texas 77002
713-374-1600
Fax: 713-374-1601
marmstrong@polsinelli.com

ATTORNEY-IN-CHARGE

Lauren E. Tucker McCubbin, Esq.
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
816-753-1000
Fax: 816-753-1536
ltucker@polsinelli.com

Ebad Khan, Esq.
Polsinelli PC
Texas Bar No. 24092625
Fed. I.D. No. 2810999
1000 Louisiana Street, Suite 6400
Houston, Texas 77002
713-374-1600
Fax: 713-374-1601
ekhan@polsinelli.com

Amber J. Simon, Esq.
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
816-753-1000
Fax: 816-753-1536
asimon@polsinelli.com

*Attorneys for Defendants Pain Alleviation & Interventional Needs, LLC n/k/a Pain Alleviation & Interventional Needs, PLLC; Barketali M. Roopani; Anil B. Roopani; and Sohail B. Roopani*

By: /s/ Lauren E. Tucker McCubbin

Mark S. Armstrong, Esq.
Polsinelli PC
Texas Bar No. 01321900
Fed. I.D. No. 219390
1000 Louisiana Street, Suite 6400
Houston, Texas 77002
713-374-1600
Fax: 713-374-1601
marmstrong@polsinelli.com

ATTORNEY-IN-CHARGE

Lauren E. Tucker McCubbin, Esq.
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
816-753-1000
Fax: 816-753-1536
ltucker@polsinelli.com

Ebad Khan, Esq.
Polsinelli PC
Texas Bar No. 24092625
Fed. I.D. No. 2810999
1000 Louisiana Street, Suite 6400
Houston, Texas 77002
713-374-1600
Fax: 713-374-1601
ekhan@polsinelli.com

Amber J. Simon, Esq.
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
816-753-1000
Fax: 816-753-1536
asimon@polsinelli.com

*Attorneys for Defendants Pain Alleviation & Interventional Needs, LLC n/k/a Pain Alleviation & Interventional Needs, PLLC; Barketali M. Roopani; Anil B. Roopani; and Sohail B. Roopani*

By: /s/ Sammy Ford

Todd W. Mensing, Esq.
Ahmad, Zavitsanos, Anaipakos, Alavi, & Mensing, P.C.
Texas Bar No. 24013156
Federal Bar No. 302944
1221 McKinney Street, Suite 2500
Houston TX 77010
713-655-1101
Fax: 713-655-0062
tmensing@azalaw.com

Sammy Ford, IV, Esq.
Ahmad, Zavitsanos, Anaipakos, Alavi, & Mensing, P.C.
Texas Bar No. 24061331
Federal Bar No. 950682
1221 McKinney Street, Suite 2500
Houston TX 77010
713-655-1101
Fax: 713-655-0062
sford@azalaw.com

Jordan Warshauer
Ahmad, Zavitsanos, Anaipakos, Alavi, & Mensing, P.C.
Texas Bar No. 24086613
Federal Bar No. 2994699
1221 McKinney Street, Suite 2500
Houston TX 77010
713-655-1101
Fax: 713-655-0062
jwarshauer@azalaw.com

*Attorneys for Defendant Nooruddin S. Punjwani, M.D.*

Dated: June 2, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2021, I electronically filed the foregoing Joint Stipulation with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Jared T. Heck