United States District Court
Southern District of Texas
**ENTERED**
June 03, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS,<br><br>Plaintiffs,<br><br>v.<br><br>NOORUDDIN S. PUNJWANI, M.D.; PAIN ALLEVIATION & INTERVENTIONAL NEEDS, LLC n/k/a PAIN ALLEVIATION & INTERVENTIONAL NEEDS, PLLC; BARKETALI M. ROOPANI; ANIL B. ROOPANI; and SOHAIL B. ROOPANI,<br><br>Defendants. | Case No. 4:19-cv-01491<br><br>Hon. Ewing Werlein, Jr.<br><br>Magistrate Judge<br>Frances H. Stacy |

### ORDER DISMISSING WITH PREJUDICE
### CLAIMS AGAINST DEFENDANTS AND CLOSING CASE

This matter is before the Court upon the Joint Stipulation of all of the parties and the Court otherwise being duly informed in the premises:

**IT IS HEREBY ORDERED** that all claims by Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm County Mutual Company of Texas against Nooruddin S. Punjwani, M.D.; Pain Alleviation & Interventional Needs, LLC n/k/a Pain Alleviation & Interventional Needs, PLLC; Barketali M. Roopani; Anil B. Roopani; and Sohail B. Roopani, are hereby **DISMISSED WITH PREJUDICE**, and without costs or fees awarded to any party.

Signed on this 3rd day of June, 2021.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE